JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____    **Category No.** II _____    **Investigating Agency** FBI _____

**City** Boston _____

**County** Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  25-1342-DLC

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 26-10084-IT, 26-10106-IT, 26-10108-IT, 26-10110-IT, 26-10118-IT    [✓] Yes    [ ] No

Defendant Name  Taiwan Smith Crews    Juvenile:    [ ] Yes    [✓] No

Is this person an attorney and/or a member of any state/federal bar:    [ ] Yes    [✓] No

Alias Name:  Taiwan Smith; Taiwan Crews; Taiwain Smith Crews; Taiwain Smith; Taiwain Crews

Address:  Boston, MA

Birth date (Yr only): 1977    SSN (last 4#): 2700    Sex: M    Race Black    Nationality: US

**Defense Counsel if known:**  Leslie Feldman-Rumpler    **Address:** 4 Cypress St., Ste 7

**Bar Number:**  555792    Brookline, MA 02445

**U.S. Attorney Information**

AUSA:  Christine Wichers    Bar Number if applicable: _____

**Interpreter:**    [ ] Yes    [✓] No    List language and/or dialect: _____

**Victims:**    [ ] Yes    [✓] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    [ ] Yes    [ ] No

**Matter to be SEALED:**    [ ] Yes    [✓] No

[ ] Warrant Requested    [✓] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .

[ ] Already in State Custody at _____    [ ] Serving Sentence    [ ] Awaiting Trial

[ ] On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    [ ] Complaint    [✓] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____    [✓] Felony 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

[✓]    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/4/2026    Signature of AUSA: _Chris W_____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Taiwan Smith Crews

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | Sealed | Sealed | 1 |
| Set 2 | 18 USC 1343 | Wire Fraud | 2 |
| Set 3 | 18 USC 981(a)(1)(C), 28 USC 2461 | Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013